

haywardbaker.com

November 27, 2017

Matthew D. Hammett
1134 Greenfield Drive
Maryville, TN 37803

Dear Matt:

Per your conversation with Joe Persichetti, we are pleased to offer you a promotion to Senior Engineer within Hayward Baker, Inc. (the "Company").

The conditions of our offer are as follows:

| **Position:** | Senior Engineer |
|---|---|
| **Responsibilities** | Your responsibilities will be to oversee the development of Geotechnical projects supporting Ground Improvement, Structural Support and Earth Retention techniques throughout the Southern Region. |
| **Position Status:** | Regular Full-Time, Exempt |
| **Location:** | Knoxville, TN |
| **Report To:** | Joe Persichetti, Vice President |
| **Anticipated Start Date:** | November 20, 2017 |
| **Compensation:** | $120,380 per year (Salaried) |
| **Company Property:** | Company paid cell phone, corporate credit card, and laptop |

### Benefits
You will continue to be eligible to receive the benefits which are offered to Regular Full Time, Exempt Hayward Baker employees.

### Bonus Program
As part of your compensation, you will continue to participate in our incentive bonus program. This bonus will be based on the overall financial performance of the Company and the financial performance of the Southern States branches. The branch bonus pool will be divided according to individual merit and contribution to the branch and Company result. In order to receive this bonus, you must be employed by the Company on the date it is paid.

### Transportation
As a result of your promotion, you will now be provided with a vehicle allowance of $750/month paid on a weekly basis ($173.08). Any tax liability resulting from this benefit will be borne by you (taxed as ordinary income). Additionally, business miles for fuel will be reimbursed upon receipt of an expense report at a rate of $0.20/mile for the first 10,000 business miles/year and $0.35/mile for business miles over 10,000 per

Hayward Baker, Inc.
7550 Teague Road
Suite 400
Hanover, MD 21076

t:  866-597-5430
f:  410-799-4196



THINK SAFE

INITIAL HERE

Equal Opportunity Employer – Minorities/Females/Disabled/Veterans

Matthew D. Hammett
November 27, 2017
Page 2

year. You will be responsible for proper documentation and any personal IRS liabilities regarding reporting of business miles.

**Travel**
The Company will reimburse you for reasonable travel expenses incurred on Company business as outlined in the attached Company Out-of-Town policy. You will be categorized as a "Class I" employee.

**Safety**
The Company is committed to providing a safe work environment for all of our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal commitment to safety and a commitment that safe work practices are the Company's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others, and keep safety training up to date as required by the Company.

**Solicitation, Non-Competition, and Confidentiality**
A. In continuation of your existing employment agreement and in consideration of the engagement by the Company of you as an employee hereunder, of the "*Confidential Information*" (as later defined) furnished to you by the Company so that you may perform your duties as an employee, and of the investment by the Company of considerable time, effort and money in building relationships with customers, referral sources and suppliers, you agree that if (1) you terminate your agreement with the Company or (2) the Company terminated you as a result of your gross failure to fulfill for job duties, then within 1 year after your separation from service with the Company, unless such termination is by mutual written amendment:

   a. You will refrain from (1) contacting, soliciting any of the current or former customers of the Company or (2) soliciting any of the employees of the Company, who at the time of the separation from service are employees of the Company, or who served in such capacity within the six-month period prior to your separation from service.

   b. You will refrain from employment on behalf of any company that is involved in the provision of services equivalent or similar to *Geotechnical Construction* using *Dry Soil Mixing, Vibro Replacement, Vibro Compaction, Vibro Piers, Rigid Inclusions, Driven Piles, Helical Piles, Jacked Piers, Macropiles, Micropiles, Pit Underpinning, Anchors, Sheet Piles, Soil Nailing, Soldier Piers and Lagging techniques* within the State of Tennessee shall hereinafter be the "Territory".

   c. The provision of subsections A.a. & b. shall only be effective if (1) you terminate your agreement with the Company or (2) the Company terminates you as a result of your gross failure to fulfill for job duties.

   "*Gross Failure*" shall be defined as follows and apply to the preceding, current and following clauses, without limitation: Acting in a manner equivalent to gross negligence or recklessness; or acting with the intent to harm the business interest of the Company, acting in an illegal manner or performing illegal acts."

B. It is understood and intended by you and the Company that each promise made in this Solicitation, Non-Competition, and Confidentiality Section shall be construed as an agreement independent of any other provision in this Agreement. The Company and you agree that if any arbitrator or court determines the time period, geographic area or prohibited activities in this Solicitation, Non-Competition, and Confidentiality Section to be unreasonable, arbitrary or against public policy, then a lesser time period, geographic area or prohibited activities which are determined to be



INITIAL HERE 

Matthew D. Hammett
November 27, 2017
Page 3

        reasonable, non-arbitrary and not against public policy may be enforced in their place.

   C.  In recognition of the Company's significant investment of time, effort and money in developing and preserving Confidential Information, and as an inducement for the Company to enter into this Agreement, you agree to hold all Confidential Information in confidence as the sole property of the Company while you are employed and after your employment with the Company, whether such termination is with or without cause, by you or the Company, or voluntarily or involuntarily. You will not use or disclose Confidential Information to any person or company without the written consent of the Company, except in the performance of your duties, or as specifically directed by the Company. *"Confidential Information"* shall mean publicly unavailable information concerning the business of the Company, including but not limited to, all inventions, secrets, mailing lists, customer and vendor lists and requirements, data regarding referral sources, operating procedures and results, marketing and business plans, marketing research, data relating to product reliability, specifications or performance, systems, techniques, price lists and pricing information, knowhow or financial and statistical data relating to the Company's business.

**At-Will Employment**
The Company is an at-will employer and reserves the right to terminate you with or without any notice or reason, just as you retain the same right to terminate your employment with the Company.

If this offer is acceptable to you, please sign and return the attachment by November 27, 2017.

If you have any questions or concerns, please feel free to contact me or Joe Persichetti. We look forward to your response.

Sincerely,

KELLER FOUNDATIONS LLC

*[signature]*

Keith C. Segear
Human Resources Operations Manager





INITIAL HERE

Matthew D. Hammett
November 27, 2017
Page 4

I have received the offer and accept the promotion to Senior Engineer for Hayward Baker, Inc.

_____    11-27-2017
Employee Signature              Date

Return as soon as possible, but no later than November 27, 2017 to:

Genna Schlein
*Human Resources Generalist*
**Keller Foundations, LLC**
Phone:  410-874-0042 x10164
Email: GTSchlein@kellerfoundations.com



INITIAL HERE