

**Keller-NA.com**

August 21, 2020

Dear Joseph:

We would like to thank you for all your hard work, and dedication as part of the Keller North America, Inc. (the "Company") team. Per your conversation with Mike Terry, we have recognized your success and are pleased to offer a promotion to Branch Manager. Congratulations on this great achievement.

The conditions of our offer are as follows:

| Position: | Branch Manager |
|---|---|
| Position Status: | Regular Full-Time, Exempt |
| Location: | Odenton, MD |
| Report To: | Mike Terry, SVP Southeast |
| Compensation: | $163,376 per year (Salaried), effective August 24,2020 |

**Safety**

The Company is committed to providing a safe work environment for all of our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal commitment to safety and a commitment that safe work practices are the Company's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others and keep safety training up to date as required by the Company.

**Solicitation, Non-Competition, and Confidentiality**

A. In consideration of the engagement by the Company of you as an employee hereunder, of the "*Confidential Information*" (as later defined) furnished to you by the Company so that you may perform your duties as an employee, and of the investment by the Company of considerable time, effort and money in building relationships with customers, referral sources and suppliers, you agree that if (1) you terminate your agreement with the Company or (2) the Company terminated you as a result of your gross failure to fulfill for job duties, then within 1 year after your separation from service with the Company, unless such termination is by mutual written amendment:

   a. You will refrain from (1) contacting, soliciting any of the current or former customers of the Company or (2) soliciting any of the employees of the Company, who at the time of the separation from service are employees of the Company, or who served in such capacity within the six-month period prior to your separation from service.

   b. You will refrain from employment on behalf of any company that is involved in the provision of Geotechnical Construction services, which includes Geotechnical Construction services using Ground Improvement and/or Earth Retention techniques utilized by Keller, within the State of Maryland and/or within a 50-mile radius of the District of Columbia. (The State of Maryland and the 50-mile radius area from the District of Columbia shall hereinafter be referred to as the "Territory.")

   c. The provision of subsections A.a. & b. shall only be effective if (1) you terminate your agreement with the Company or (2) the Company terminates you as a result of your gross failure to fulfill for job duties.

   "*Gross Failure*" shall be defined as follows and apply to the preceding, current and following clauses, without limitation: Acting in a manner equivalent to gross negligence or recklessness; or acting with the intent to harm the business interest of the Company, acting in an illegal manner or performing illegal acts."

**Keller North America, Inc.**
7550 Teague Road
Suite 300
Hanover, MD 21076

t:  866-597-5430
f:  410-799-4196

Equal Opportunity Employer

**THINK SAFE**



INITIAL HERE ___

Joseph Mann
August 21, 2020
Page 2

    B.   It is understood and intended by you and the Company that each promise made in this Solicitation, Non-Competition, and Confidentiality Section shall be construed as an agreement independent of any other provision in this Agreement. The Company and you agree that if any arbitrator or court determines the time period, geographic area or prohibited activities in this Solicitation, Non-Competition, and Confidentiality Section to be unreasonable, arbitrary or against public policy, then a lesser time period, geographic area or prohibited activities which are determined to be reasonable, non-arbitrary and not against public policy may be enforced in their place.

    C.   In recognition of the Company's significant investment of time, effort and money in developing and preserving Confidential Information, and as an inducement for the Company to enter into this Agreement, you agree to hold all Confidential Information in confidence as the sole property of the Company while you are employed and after your employment with the Company, whether such termination is with or without cause, by you or the Company, or voluntarily or involuntarily. You will not use or disclose Confidential Information to any person or company without the written consent of the Company, except in the performance of your duties, or as specifically directed by the Company. *"Confidential Information"* shall mean publicly unavailable information concerning the business of the Company, including but not limited to, all inventions, secrets, mailing lists, customer and vendor lists and requirements, data regarding referral sources, operating procedures and results, marketing and business plans, marketing research, data relating to product reliability, specifications or performance, systems, techniques, price lists and pricing information, knowhow or financial and statistical data relating to the Company's business.

If this offer is acceptable to you, please sign and return the attachment by August 24, 2020. If you have any questions or concerns, please feel free to contact me or Mike Terry. We look forward to your response.

Sincerely,
KELLER MANAGEMENT SERVICES LLC

*Dasha Lackey* (signature)

Dasha Lackey
Human Resources Business Partner

*Joseph Mann* (signature)      8/27/20
Joseph Mann                                      Date





INITIAL HERE