

haywardbaker.com

October 18, 2018

Justin B. McLaughlin
319 County Road 4432
Brundidge, AL 36010

Dear Justin:

We would like to thank you for all your hard work, and dedication as part of the Hayward Baker, Inc. Team. Per your conversation with Bob Scott, we have recognized your success and are pleased to offer a promotion to Design Engineer and your relocation to Nashville, TN within Hayward Baker, Inc. (the "Company"). Congratulations on this great achievement!

The conditions of our offer are as follows:

| | |
|---|---|
| **Position:** | Engineer |
| **Effective Date** | October 22, 2018 |
| **Responsibilities:** | Design Engineer: Your responsibilities will be to design engineering related to Ground Improvement and Structural Support products using Vibro Replacement, Vibro Compaction, Jet Grouting, Deep Soil Mixing, Mass Mixing, Rigid Inclusions, Micro Piles, Earth Retention techniques within the State of Tennessee and the Southern Region as needed. |
| **Position Status:** | Regular Full-Time, Exempt |
| **Location:** | Nashville, TN |
| **Report To:** | Robert Scott, Chief Engineer |
| **Compensation:** | $ 67,500 per year (Salary) |
| **Company Property:** | Corporate Credit Card, Company Paid Cell Phone, and Laptop. |

### Benefits
You will continue to receive the benefits which are offered to Regular Full Time, Exempt Hayward Baker employees. In addition, you will continue to accrue Holiday, Sick and Vacation in accordance with Company policy.

### Bonus
As part of your compensation, you will participate in our annual incentive bonus program. This bonus will be based on the overall financial performance of the Company and the financial performance of the Nashville branch. The branch bonus pool will be divided according to individual merit and contribution to the branch and Company result. In order to receive this bonus, you must be employed by the Company on the date it is paid.

Hayward Baker, Inc.
7550 Teague Road
Suite 300
Hanover, MD 21076

t:   410-874-0042
f:   410-799-4196

THINK SAFE

Equal Opportunity Employer

Justin B. McLaughlin
October 18, 2018
Page 2

**Disturbance Allowance**
The Company has agreed to pay you a one-time disturbance allowance in the amount of $4,000, taxed as supplemental wages. In order to receive this allowance, you must be employed by the Company on the date it is paid. You can expect this allowance to be paid upon your permanent relocation to Nashville, TN.

**Temporary Housing**
To assist with your transition to the Nashville, TN area, the Company has agreed to pay reasonable temporary housing costs for up to 4 months. We will coordinate with you the payment of these expenses. Please contact Genna Schlein in Human Resources for further details. Please do not charge these expenses to your purchase card.

**Safety**
The Company is committed to providing a safe work environment for all of our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal commitment to safety and a commitment that safe work practices are the Company's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others, and keep safety training up to date as required by the Company.

**Solicitation, Non-Competition, and Confidentiality**
A. In continuation of your existing employment agreement and in consideration of the engagement by the Company of you as an employee hereunder, of the "*Confidential Information*" (as later defined) furnished to you by the Company so that you may perform your duties as an employee, and of the investment by the Company of considerable time, effort and money in building relationships with customers, referral sources and suppliers, you agree that if (1) you terminate your agreement with the Company or (2) the Company terminated you as a result of your gross failure to fulfill for job duties, then within 1 year after your separation from service with the Company, unless such termination is by mutual written amendment:

   a. You will refrain from (1) contacting, soliciting any of the current or former customers of the Company or (2) soliciting any of the employees of the Company, who at the time of the separation from service are employees of the Company, or who served in such capacity within the six-month period prior to your separation from service.

   b. You will refrain from employment on behalf of any company that is involved in the provision of services equivalent or similar to Geotechnical Construction using including *Vibro Replacement, Vibro Compaction, Jet Grouting, Deep Soil Mixing, Mass Mixing, Rigid Inclusions, Micro Piles, Earth Retention* techniques within the State of Tennessee (Tennessee shall hereinafter be the "Territory").

   c. The provision of subsections A.a. & b. shall only be effective if (a) you terminate your agreement with the Company or (2) the Company terminates you as a result of your gross failure to fulfill for job duties.

   "*Gross Failure*" shall be defined as follows and apply to the preceding, current and following clauses, without limitation: Acting in a manner equivalent to gross negligence or recklessness; or acting with the intent to harm the business interest of the Company, acting in an illegal manner or performing illegal acts."

B. It is understood and intended by you and the Company that each promise made in this Solicitation, Non-Competition, and Confidentiality Section shall be construed as an agreement independent of any other provision in this Agreement. The Company and you agree that if any arbitrator or court determines the time period, geographic area or prohibited activities in this Solicitation, Non-Competition, and Confidentiality Section to be unreasonable, arbitrary or against public policy, then a lesser time period, geographic area or prohibited activities which are determined to be

Aaron M. Greene
September 21, 2018
Page 3

        reasonable, non-arbitrary and not against public policy may be enforced in their place.

C.   In recognition of the Company's significant investment of time, effort and money in developing and preserving Confidential Information, and as an inducement for the Company to enter into this Agreement, you agree to hold all Confidential Information in confidence as the sole property of the Company while you are employed and after your employment with the Company, whether such termination is with or without cause, by you or the Company, or voluntarily or involuntarily. You will not use or disclose Confidential Information to any person or company without the written consent of the Company, except in the performance of your duties, or as specifically directed by the Company. *"Confidential Information"* shall mean publicly unavailable information concerning the business of the Company, including but not limited to, all inventions, secrets, mailing lists, customer and vendor lists and requirements, data regarding referral sources, operating procedures and results, marketing and business plans, marketing research, data relating to product reliability, specifications or performance, systems, techniques, price lists and pricing information, knowhow or financial and statistical data relating to the Company's business.

**At-Will Employment**
The Company is an at-will employer and reserves the right to terminate you with or without any notice or reason, just as you retain the same right to terminate your employment with the Company.

This change will be effective once we receive the acceptance. This promotion offer will expire on October 24, 2018.

If you have any questions or concerns, please feel free to contact me, Genna Schlein, or Bob Scott. We look forward to your response.


Sincerely,

HAYWARD BAKER INC.
KELLER FOUNDATIONS, LLC

*/s/ Keith C. Segear/*

Keith C. Segear
Human Resources Operations Manager



Justin B. McLaughlin
October 18, 2018
Page 4


I have received the offer and accept the promotion to Design Engineer located in Nashville, TN within Hayward Baker, Inc. I understand that my authorization to drive for the Company is contingent upon the review of my driving record and ensuring that it meets Company standards.


_____          _____
Employee Signature                                                    Date               10/22/18


Return as soon as possible, but no later than October 24, 2018 to:

Genna Schlein
*Human Resources Generalist*
**Keller Foundations, LLC**
Phone:  410-874-0042 x10164
Email: GTSchlein@KellerFoundations.com
