

haywardbaker.com

September 17, 2019

Dylan Mitchell
1111 Light Street, Apt. 509
Baltimore, MD 21230

Dear Dylan:

We are pleased to offer you a position with Hayward Baker, Inc. (the "Company"). Your credentials and experience make you an excellent candidate, and we believe you will find the position challenging and rewarding.

The conditions of our offer are as follows:

| | |
|---|---|
| **Position:** | Project Engineer: Your responsibilities will be to provide engineering and field support for projects using Micropiles, Soil Nail, Compaction Grouting, and Ground Anchor techniques throughout the Mid-Atlantic Region. |
| **Position Status:** | Regular Full-Time, Exempt |
| **Location:** | Baltimore, MD |
| **Report To:** | Joe Cavey, Vice President |
| **Anticipated Start Date:** | September 30, 2019 |
| **Compensation:** | $65,000.00 per year (Salaried) |
| **Company Property:** | Corporate Credit Card, Company Paid Cell Phone, and Laptop |

**Benefits**
Your health benefits will be effective first of the month after 30 days of employment. Please refer to the materials that are enclosed for additional details. You will receive sick, vacation and holiday leave time per our company policy.

**Transportation**
You will be provided with a vehicle allowance of $650.00/month paid on a weekly basis ($150.00). Any tax liability resulting from this benefit will be borne by you (taxed as ordinary income). Additionally, business miles for fuel will be reimbursed upon receipt of an expense report at a rate of $0.20/mile for the first 10,000 business miles/year and $0.35/mile for business miles over 10,000 per year. You will be responsible for proper documentation and any personal IRS liabilities regarding reporting of business miles.

**Travel**
The Company will reimburse you for reasonable travel expenses incurred on Company business as outlined in the attached Company Out-of-Town policy. You will be categorized as a "Class I" employee.

Hayward Baker, Inc.
7550 Teague Road
Suite 400
Hanover, MD 21076

t:  866-597-5430
f:  410-799-4196

Equal Opportunity Employer

THINK SAFE

INITIAL HERE  DM

Dylan Mitchell
September 17, 2019
Page 2

**Safety**
The Company is committed to providing a safe work environment for all of our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal commitment to safety and a commitment that safe work practices are the Company's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others and keep safety training up to date as required by the Company.

**Solicitation, Non-Competition and Confidentiality.**

    a. In consideration of the engagement by the Company of you as an employee hereunder, of the "*Confidential Information*" (as later defined) furnished to you by the Company so that you may perform your duties as an employee, and of the investment by the Company of considerable time, effort and money in building relationships with customers, referral sources and suppliers, you agree that if (1) you terminate your agreement with the Company or (2) the Company terminated you as a result of your gross failure to fulfill for job duties, then within 1 year after your separation from service with the Company, unless such termination is by mutual written amendment:

        i. You will refrain from (1) contacting, soliciting any of the current or former customers of the Company or (2) soliciting any of the employees of the Company, who at the time of the separation from service are employees of the Company, or who served in such capacity within the six-month period prior to your separation from service.

        ii. You will refrain from employment on behalf of any company that is involved in the provision of services equivalent or similar to *Geotechnical Construction* using *including Micropiles, Soil Nail, Compaction Grouting, and Ground Anchor techniques* within the State of Maryland (Maryland shall hereinafter be the "Territory").

        iii. The provision of subsections a.i. & ii. shall only be effective if (a) you terminate your agreement with the Company or (2) the Company terminates you as a result of your gross failure to fulfill for job duties.

        "*Gross Failure*" shall be defined as follows and apply to the preceding, current and following clauses, without limitation: Acting in a manner equivalent to gross negligence or recklessness; or acting with the intent to harm the business interest of the Company, acting in an illegal manner or performing illegal acts."

    b. It is understood and intended by you and the Company that each promise made in this Section 8 shall be construed as an agreement independent of any other provision in this Agreement. The Company and you agree that if any arbitrator or court determines the time period, geographic area or prohibited activities in this Section 8 to be unreasonable, arbitrary or against public policy, then a lesser time period, geographic area or prohibited activities which are determined to be reasonable, non-arbitrary and not against public policy may be enforced in their place.



INITIAL HERE ___DM___

Dylan Mitchell
September 17, 2019
Page 3

    c. In recognition of the Company's significant investment of time, effort and money in developing and preserving Confidential Information, and as an inducement for the Company to enter into this Agreement, you agree to hold all Confidential Information in confidence as the sole property of the Company while you are employed and after your employment with the Company, whether such termination is with or without cause, by you or the Company, or voluntarily or involuntarily. You will not use or disclose Confidential Information to any person or company without the written consent of the Company, except in the performance of your duties, or as specifically directed by the Company. *"Confidential Information"* shall mean publicly unavailable information concerning the business of the Company, including but not limited to, all inventions, secrets, mailing lists, customer and vendor lists and requirements, data regarding referral sources, operating procedures and results, marketing and business plans, marketing research, data relating to product reliability, specifications or performance, systems, techniques, price lists and pricing information, knowhow or financial and statistical data relating to the Company's business.

**Drug and Alcohol Screening**
As a condition of employment, you are required to submit to and pass a drug and alcohol screening at the Company's expense. All results will be forwarded confidentially to our Human Resources Department.

The Company is an at-will employer and reserves the right to terminate you with or without any notice or reason, just as you retain the same right to terminate your employment with the Company. The Company is an E-Verify employer.

If this offer is acceptable to you, please sign and return the attachment by September 13, 2019.

If you have any questions or concerns, please feel free to contact me or Joe Cavey. We look forward to your response and the opportunity to work with you.

Sincerely,

KELLER FOUNDATIONS LLC

*Brian Perrier*

Brian D. Perrier
Talent Acquisition Manager



INITIAL HERE __DM__

Dylan Mitchell
September 17, 2019
Page 4

I have received the offer and accept the opportunity to become a Project Engineer for Hayward Baker, Inc. I understand that this offer is conditional upon my successfully passing a Company paid drug and alcohol screen. I further understand that my authorization to drive for the Company, receive an auto allowance or mileage reimbursement is contingent upon the review of my driving record and ensuring that it meets Company standards.

My official start date will be: _____.

_____    9/23/2019
Employee Signature                              Date

Return by September 23, 2019 to:

Molly Wilson
Recruiting Coordinator
**Keller Foundations LLC**
Phone:  410-874-0042 x10315
Email:  molly.wilson@kellerfoundations.com

INITIAL HERE DM