

haywardbaker.com

December 7, 2016

Jordan M. Moi
426 – 510 Prairie Avenue
Saskatoon, SK S7N 2V4

Dear Jordan:

We are pleased to offer you a position with Hayward Baker, Inc., (the "Company"). Your credentials and experience make you an excellent candidate and we believe you will find the position challenging and rewarding.

The conditions of our offer are as follows:

| **Position:** | Project Manager: Your responsibility will be to coordinate the activities of Structural Support projects within the Southern Region. |
|---|---|
| **Position Status:** | Regular Full-Time, Exempt |
| **Location:** | Hayward Baker, Inc. |
| **Report To:** | Bill Endo, Vice President |
| **Anticipated Transfer Date:** | This transfer will begin upon the approval of your TN visa. We anticipate your start date to be on or about January 23, 2017. You will be given service credit for your previous employment with North American Construction Group from May 6, 2008 to July 12, 2013, and with Keller Foundations Ltd. from July 13, 2013 to date. |
| **Compensation:** | $86,500.00 per year (Salaried) |
| **Benefit Eligible:** | Yes – please see enclosed benefits packet for further information. If you choose to elect health benefits, they will be effective the first day of employment. You will eligible to participate in our retirement plan on the 1st of the month following 30 days of employment. During your first year of employment with the Company, you will accrue vacation at a rate of 3 weeks per year. |
| **Bonus Program:** | As part of your compensation, you will participate in our incentive bonus program for Project Managers. This bonus will be based on the overall financial performance of the Company and the financial performance of the Nashville, TN office and the Southern Region. The branch bonus pool will be divided according to individual merit and contribution to the branch and Company result. In order to receive this bonus, you must be employed by the Company on the date it is paid. |
| **Transportation:** | Your vehicle allowance will be changed to $700/month paid on a weekly |

Hayward Baker, Inc.
7550 Teague Road
Suite 400
Hanover, MD 21076

THINK SAFE

t: 866-597-5430
f: 410-799-4196
Equal Opportunity Employer – Minorities/Females/Disabled/Veterans

INITIAL HERE_____

Jordan M. Moi
December 7, 2016
Page 2

| | |
|---|---|
| | basis ($161.54/week). Any tax liability resulting from this benefit will be borne by you (taxed as ordinary income). Additionally, business miles for fuel will be reimbursed upon receipt of an expense report at a rate of $0.20/mile for the first 10,000 business miles/year and $0.35/mile for business miles over 10,000 per year. You will be responsible for proper documentation and any personal IRS liabilities regarding reporting of business miles. |
| **Company Property:** | Company paid cell phone, corporate credit card, and a laptop |
| **Relocation Terms:** | We anticipate up to a maximum of six months to be spent in the Atlanta, GA area and upon your permanent relocation to the Nashville, TN area, the Company will reimburse your direct costs associated with the move up to a maximum of $20,000.00. Please provide proper documentation to Human Resources for reimbursement. Please do not charge to your Company credit card.<br><br>In addition, the Company has agreed to pay you a one-time disturbance allowance in the amount of $5,000, as taxed as ordinary income. In order to receive this allowance, you must be employed by the Company on the date it is paid. You can expect this allowance to be paid upon your permanent relocation to the Nashville, TN area. |

**Travel**
The Company will reimburse you for reasonable travel expenses incurred on Company business as outlined in the attached Company Out-of-Town policy. You will be categorized as a "Class I" employee.

**Safety**
The Company is committed to providing a safe work environment for all of our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal commitment to safety and a commitment that safe work practices are the Company's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others, and keep safety training up to date as required by the Company.

**Solicitation, Non-Competition and Confidentiality**
A. In consideration of the engagement by the Company of you as an employee hereunder, of the "*Confidential Information*" (as later defined) furnished to you by the Company so that you may perform your duties as an employee, and of the investment by the Company of considerable time, effort and money in building relationships with customers, referral sources and suppliers, you agree that if (1) you terminate your agreement with the Company or (2) the Company terminated you as a result of your gross failure to fulfill for job duties, then within 1 year after your separation from service with the Company, unless such termination is by mutual written amendment:

   a. You will refrain from (1) contacting, soliciting any of the current or former customers of the Company or (2) soliciting any of the employees of the Company, who at the time of the separation from service are employees of the Company, or who served in such capacity within the six-month period prior to your separation from service.

   b. You will refrain from employment on behalf of any company that is involved in the provision of services equivalent or similar to *Geotechnical Construction* using *including Vibro Replacement, Vibro Compaction, Aggregate Piers, Soil Mixing, Micropiles, Soil Nails or Anchors techniques* within the State of Tennessee shall hereinafter be the "Territory".

   c. The provision of subsections A.a & b shall only be effective if (1) you terminate your agreement with the Company or (2) the Company terminates you as a result of your gross failure to fulfill for job duties.

INITIAL HERE_____

Jordan M. Moi
December 7, 2016
Page 3

        i. "*Gross Failure*" shall be defined as follows and apply to the preceding, current and following clauses, without limitation: Acting in a manner equivalent to gross negligence or recklessness; or acting with the intent to harm the business interest of the Company, acting in an illegal manner or performing illegal acts."

B. It is understood and intended by you and the Company that each promise made in this Solicitation, Non-Competition and Confidentiality Section shall be construed as an agreement independent of any other provision in this Agreement. The Company and you agree that if any arbitrator or court determines the time period, geographic area or prohibited activities in this Solicitation, Non-Competition and Confidentiality Section to be unreasonable, arbitrary or against public policy, then a lesser time period, geographic area or prohibited activities which are determined to be reasonable, non-arbitrary and not against public policy may be enforced in their place.

C. In recognition of the Company's significant investment of time, effort and money in developing and preserving Confidential Information, and as an inducement for the Company to enter into this Agreement, you agree to hold all Confidential Information in confidence as the sole property of the Company while you are employed and after your employment with the Company, whether such termination is with or without cause, by you or the Company, or voluntarily or involuntarily. You will not use or disclose Confidential Information to any person or company without the written consent of the Company, except in the performance of your duties, or as specifically directed by the Company. "*Confidential Information*" shall mean publicly unavailable information concerning the business of the Company, including but not limited to, all inventions, secrets, mailing lists, customer and vendor lists and requirements, data regarding referral sources, operating procedures and results, marketing and business plans, marketing research, data relating to product reliability, specifications or performance, systems, techniques, price lists and pricing information, knowhow or financial and statistical data relating to the Company's business.

**Drug and Alcohol Screening**
As a condition of employment, you are required to submit to and pass a drug and alcohol screening at the Company's expense. All results will be forwarded confidentially to our Human Resources Department.

The Company is an at-will employer and reserves the right to terminate you with or without any notice or reason, just as you retain the same right to terminate your employment with the Company. The Company is an E-Verify employer.

If this offer is acceptable to you, please sign and return the attachment by December 16, 2016.

If you have any questions or concerns, please feel free to contact me or Bill Endo. We look forward to your response and the opportunity to work with you.

Sincerely,

KELLER FOUNDATIONS LLC

*Brian Perrier*

Brian D. Perrier
Talent Acquisition Manager



INITIAL HERE_____

Jordan M. Moi
December 7, 2016
Page 4

I have received the offer and accept the opportunity to become a Project Manager for Hayward Baker, Inc. I understand that this offer is conditional upon my successfully passing a Company paid drug and alcohol screen. I further understand that my authorization to drive for the Company, receive an auto allowance or mileage reimbursement is contingent upon the review of my driving record and ensuring that it meets Company standards.

My official transfer date will be:  _____.

_____          _____
Employee Signature                                                          Date

Return by December 16, 2016 to:

Emily M. McNair
Human Resources Specialist
**Keller Foundations LLC**
Phone:  410-874-0042 x10156
Email:  emmcnair@kellerfoundations.com

INITIAL HERE_____



haywardbaker.com

December 7, 2016

Jordan M. Moi
426 – 510 Prairie Avenue
Saskatoon, SK S7N 2V4

Dear Jordan:

We are pleased to offer you a position with Hayward Baker, Inc., (the "Company"). Your credentials and experience make you an excellent candidate and we believe you will find the position challenging and rewarding.

The conditions of our offer are as follows:

| **Position:** | Project Manager: Your responsibility will be to coordinate the activities of Structural Support projects within the Southern Region. |
|---|---|
| **Position Status:** | Regular Full-Time, Exempt |
| **Location:** | Hayward Baker, Inc. |
| **Report To:** | Bill Endo, Vice President |
| **Anticipated Transfer Date:** | This transfer will begin upon the approval of your TN visa. We anticipate your start date to be on or about January 23, 2017. You will be given service credit for your previous employment with North American Construction Group from May 6, 2008 to July 12, 2013, and with Keller Foundations Ltd. from July 13, 2013 to date. |
| **Compensation:** | $86,500.00 per year (Salaried) |
| **Benefit Eligible:** | Yes – please see enclosed benefits packet for further information. If you choose to elect health benefits, they will be effective the first day of employment. You will eligible to participate in our retirement plan on the 1st of the month following 30 days of employment. During your first year of employment with the Company, you will accrue vacation at a rate of 3 weeks per year. |
| **Bonus Program:** | As part of your compensation, you will participate in our incentive bonus program for Project Managers. This bonus will be based on the overall financial performance of the Company and the financial performance of the Nashville, TN office and the Southern Region. The branch bonus pool will be divided according to individual merit and contribution to the branch and Company result. In order to receive this bonus, you must be employed by the Company on the date it is paid. |
| **Transportation:** | Your vehicle allowance will be changed to $700/month paid on a weekly |

**THINK SAFE**

Hayward Baker, Inc.
7550 Teague Road
Suite 400
Hanover, MD 21076

t: 866-597-5430
f: 410-799-4196
Equal Opportunity Employer – Minorities/Females/Disabled/Veterans

INITIAL HERE _JM_

Jordan M. Moi
December 7, 2016
Page 2

|  | |
|---|---|
|  | basis ($161.54/week). Any tax liability resulting from this benefit will be borne by you (taxed as ordinary income). Additionally, business miles for fuel will be reimbursed upon receipt of an expense report at a rate of $0.20/mile for the first 10,000 business miles/year and $0.35/mile for business miles over 10,000 per year. You will be responsible for proper documentation and any personal IRS liabilities regarding reporting of business miles. |
| **Company Property:** | Company paid cell phone, corporate credit card, and a laptop |
| **Relocation Terms:** | We anticipate up to a maximum of six months to be spent in the Atlanta, GA area and upon your permanent relocation to the Nashville, TN area, the Company will reimburse your direct costs associated with the move up to a maximum of $20,000.00. Please provide proper documentation to Human Resources for reimbursement. Please do not charge to your Company credit card.<br><br>In addition, the Company has agreed to pay you a one-time disturbance allowance in the amount of $5,000, as taxed as ordinary income. In order to receive this allowance, you must be employed by the Company on the date it is paid. You can expect this allowance to be paid upon your permanent relocation to the Nashville, TN area. |

**Travel**
The Company will reimburse you for reasonable travel expenses incurred on Company business as outlined in the attached Company Out-of-Town policy. You will be categorized as a "Class I" employee.

**Safety**
The Company is committed to providing a safe work environment for all of our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal commitment to safety and a commitment that safe work practices are the Company's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others, and keep safety training up to date as required by the Company.

**Solicitation, Non-Competition and Confidentiality**
A. In consideration of the engagement by the Company of you as an employee hereunder, of the "*Confidential Information*" (as later defined) furnished to you by the Company so that you may perform your duties as an employee, and of the investment by the Company of considerable time, effort and money in building relationships with customers, referral sources and suppliers, you agree that if (1) you terminate your agreement with the Company or (2) the Company terminated you as a result of your gross failure to fulfill for job duties, then within 1 year after your separation from service with the Company, unless such termination is by mutual written amendment:

   a. You will refrain from (1) contacting, soliciting any of the current or former customers of the Company or (2) soliciting any of the employees of the Company, who at the time of the separation from service are employees of the Company, or who served in such capacity within the six-month period prior to your separation from service.

   b. You will refrain from employment on behalf of any company that is involved in the provision of services equivalent or similar to *Geotechnical Construction* using *including Vibro Replacement, Vibro Compaction, Aggregate Piers, Soil Mixing, Micropiles, Soil Nails or Anchors techniques* within the State of Tennessee shall hereinafter be the "Territory".

   c. The provision of subsections A.a & b shall only be effective if (1) you terminate your agreement with the Company or (2) the Company terminates you as a result of your gross failure to fulfill for job duties.

INITIAL HERE *JM*

Jordan M. Moi
December 7, 2016
Page 3

      i. "*Gross Failure*" shall be defined as follows and apply to the preceding, current and following clauses, without limitation: Acting in a manner equivalent to gross negligence or recklessness; or acting with the intent to harm the business interest of the Company, acting in an illegal manner or performing illegal acts."

B. It is understood and intended by you and the Company that each promise made in this Solicitation, Non-Competition and Confidentiality Section shall be construed as an agreement independent of any other provision in this Agreement. The Company and you agree that if any arbitrator or court determines the time period, geographic area or prohibited activities in this Solicitation, Non-Competition and Confidentiality Section to be unreasonable, arbitrary or against public policy, then a lesser time period, geographic area or prohibited activities which are determined to be reasonable, non-arbitrary and not against public policy may be enforced in their place.

C. In recognition of the Company's significant investment of time, effort and money in developing and preserving Confidential Information, and as an inducement for the Company to enter into this Agreement, you agree to hold all Confidential Information in confidence as the sole property of the Company while you are employed and after your employment with the Company, whether such termination is with or without cause, by you or the Company, or voluntarily or involuntarily. You will not use or disclose Confidential Information to any person or company without the written consent of the Company, except in the performance of your duties, or as specifically directed by the Company. "*Confidential Information*" shall mean publicly unavailable information concerning the business of the Company, including but not limited to, all inventions, secrets, mailing lists, customer and vendor lists and requirements, data regarding referral sources, operating procedures and results, marketing and business plans, marketing research, data relating to product reliability, specifications or performance, systems, techniques, price lists and pricing information, knowhow or financial and statistical data relating to the Company's business.

**Drug and Alcohol Screening**
As a condition of employment, you are required to submit to and pass a drug and alcohol screening at the Company's expense. All results will be forwarded confidentially to our Human Resources Department.

The Company is an at-will employer and reserves the right to terminate you with or without any notice or reason, just as you retain the same right to terminate your employment with the Company. The Company is an E-Verify employer.

If this offer is acceptable to you, please sign and return the attachment by December 16, 2016.

If you have any questions or concerns, please feel free to contact me or Bill Endo. We look forward to your response and the opportunity to work with you.

Sincerely,

KELLER FOUNDATIONS LLC

*Brian Perrier*

Brian D. Perrier
Talent Acquisition Manager



INITIAL HERE JM

Jordan M. Moi
December 7, 2016
Page 4

I have received the offer and accept the opportunity to become a Project Manager for Hayward Baker, Inc. I understand that this offer is conditional upon my successfully passing a Company paid drug and alcohol screen. I further understand that my authorization to drive for the Company, receive an auto allowance or mileage reimbursement is contingent upon the review of my driving record and ensuring that it meets Company standards.

My official transfer date will be: _____.

_____    Dec 8, 2016
Employee Signature          Date

Return by December 16, 2016 to:

Emily M. McNair
Human Resources Specialist
**Keller Foundations LLC**
Phone:  410-874-0042 x10156
Email:  emmcnair@kellerfoundations.com

INITIAL HERE JM