

Keller-NA.com

December 21, 2020

Dear Jordan:

We would like to thank you for all your hard work, and dedication as part of the Keller North America, Inc. (the "Company") team. Per your conversation with Joe Persichetti, we have recognized your success and are pleased to offer you a promotion to Senior Project Manager. Congratulations on this great achievement.

| Position: | Senior Project Manager |
|---|---|
| Position Status: | Regular Full-Time, Exempt |
| Location: | Nashville, TN |
| Report To: | Ken Bowman, Area Manager |
| Compensation: | $108,000 per year (Salaried), effective January 4, 2021 |

**Bonus Program**
As part of your compensation, you will continue to participate in our incentive bonus program. In order to receive this bonus, you must be employed by the Company on the date it is paid.

**Vehicle Allowance**
You will be provided with a vehicle allowance of $9,000/year paid on a weekly basis ($173.08). Any tax liability resulting from this benefit will be borne by you (taxed as ordinary income). Additionally, business miles for fuel will be reimbursed upon receipt of an expense report at a rate of $0.20/mile for the first 10,000 business miles/year and $0.35/mile for business miles over 10,000 per year. You will be responsible for proper documentation and any personal IRS liabilities regarding reporting of business miles.

**Safety**
The Company is committed to providing a safe work environment for all of our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal commitment to safety and a commitment that safe work practices are the Company's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others and keep safety training up to date as required by the Company.

Please note that all other terms and conditions of your employment with Keller, including your non-solicitation, non-competition, and confidentiality obligations (as set forth in your December 7, 2016 agreement), are unchanged and will remain in full force and effect.

If this offer is acceptable to you, please sign and return the attachment by January 4, 2021.

If you have any questions or concerns, please feel free to contact me or Joe Persichetti. We look forward to your response.

Sincerely,
KELLER NORTH AMERICA, INC.

Dasha Lackey
Human Resources Business Partner

Jordan Moi                                   Dec 22, 2020
                                              Date

**Keller North America, Inc.**
7550 Teague Road
Suite 300
Hanover, MD 21076

t:  866-597-5430
f:  410-799-4196

THINK SAFE

INITIAL HERE JM

Equal Opportunity Employer