

Keller-NA.com

October 29, 2021

Ricky Picayo
8940 SW 156 St
Miami, FL 33157

Dear Ricky:

We would like to thank you for all your hard work, and dedication as part of the Keller North America, Inc. (the "Company") team. Per your conversation with Jose Martinez, we are pleased to offer you a position as Operations Manager, Keller Florida. Congratulations on this great achievement!

The conditions of our offer are as follows:

| Position: | Operations Manager, Keller Florida |
|---|---|
| Position Status: | Regular Full Time (RFT); Exempt |
| Location: | Miami, FL |
| Report To: | Frank Fonseca, SVP |
| Effective Date: | 11/15/2021 |
| Compensation: | $154,440 per year (Salary) |

**Benefits**

There will be no changes to your benefits or leave time a result of this promotion.

**Bonus Program**

As part of your compensation, you will participate in our incentive bonus program. In order to receive this bonus, you must be employed by the Company on the date it is paid.

**Company Vehicle**

You will continue to be provided with a Company vehicle for business use. This vehicle is fully equipped for use on the job. The Company will provide a credit card to be used for maintenance, repairs and gasoline and the Company also covers the insurance for this vehicle. You must hold an active driver license and comply with company driver rules and regs to be able to drive the company vehicle.

**Safety**

The Company is committed to providing a safe work environment for all our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal

**Keller North America, Inc.**
7550 Teague Road
Suite 300
Hanover, MD 21076

t:   866-597-5430
f:   410-799-4196

Equal Opportunity Employer

THINK SAFE

INITIAL HERE

Ricky Picayo
October 29, 2021
Page 2

commitment to safety and a commitment that safe work practices are the Company's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others and keep safety training up to date as required by the Company.

**Disclosure**

You agree that during the term of your employment with the Company, you will disclose only to the Company all ideas, methods, plans, developments or improvements known by you which relate directly or indirectly to the business of the Company, whether acquired by you before or during your employment with the Company. Nothing in this section shall be construed as requiring any such communication where the idea, plan, method, or development is lawfully protected from disclosure prohibition against such communication

**Solicitation, Non-Competition, and Confidentiality**

You will remain employed under your same employment terms and conditions, and this does not affect your Solicitation, Non-Competition and Confidentiality obligations under your previously signed letter.


If this offer is acceptable to you, please sign and return the attachment by November 5, 2021. If you have any questions or concerns, please feel free to contact Frank Fonseca or me. We look forward to your response.

Sincerely,

Keller North America, Inc.


Adrienne Johnson
HR Business Partner- Keller North America



**I have received the offer and accept the promotion to Operations Manager, Keller Florida within Keller North America, Inc.**



_Ricky Picayo_
**Ricky Picayo**                                                11/5/2021
                                                               **Date**





INITIAL HERE

Ricky Picayo
October 29, 2021
Page 3

I have received the letter outlining the terms of my promotion to Operations Manager, Keller Florida. I understand that my authorization to drive for the Company, receive an auto allowance or mileage reimbursement is contingent upon the review of my driving record and ensuring that it meets Company standards.

_Ricky Picayo_____      11/5/2021_____
**Ricky Picayo**                                  **Date**

**KELLER**

INITIAL HERE