

Keller-NA.com

July 13, 2020

Ricardo Picayo
8940 SW 156 Street
Miami, FL 33157

Dear Ricky:

We would like to thank you for all your hard work, and dedication as part of the Keller North America, Inc. (the "Company") team. Per your conversation with Jose Martinez, we have recognized your success and are pleased to offer you a promotion to Operations Manager. Congratulations on this great achievement!

The conditions of our offer are as follows:

| | |
|---|---|
| **Position:** | Operations Manager |
| **Position Status:** | Regular Full-Time, Exempt |
| **Location:** | Miami, FL |
| **Report To:** | Jose Martinez, Vice President Operations |
| **Effective Date:** | July 6, 2020 |
| **Compensation:** | $130,000 per year (Salaried) |
| **Company Property:** | Company issued phone, computer, purchase card, company truck |

**Benefits**
There will be no changes to your benefits.

**Vacation, Sick, and Holiday Leave Accrual**
There will be no changes.

**Bonus**
As part of your compensation, you will participate in our incentive bonus program. In order to receive this bonus, you must be employed by the Company on the date it is paid. This calculation is flexible based on job performance and overall margin of prior financial results.

**Company Vehicle**
You will continue to be provided with a Company vehicle for business use. This vehicle is fully equipped for use on the job. The Company will provide a credit card to be used for maintenance, repairs and gasoline and the Company also covers the insurance for this vehicle. **You must hold an active driver license and comply with company driver rules and regs to be able to drive the company vehicle.**

**Safety**
The Company is committed to providing a safe work environment for all of our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal commitment to safety and a commitment that safe work practices are the Company's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others and keep safety training up to date as required by the Company.

**Keller North America, Inc.**
7550 Teague Road
Suite 300
Hanover, MD 21076

THINK SAFE

t:  866-597-5430
f:  410-799-4196

INITIAL HERE  RJP

Equal Opportunity Employer

Ricardo Picayo
July 13, 2020
Page 2

**Disclosure**
You agree that during the term of your employment with the Company, you will disclose only to the Company all ideas, methods, plans, developments or improvements known by you which relate directly or indirectly to the business of the Company, whether acquired by you before or during your employment with the Company.

Nothing in this section shall be construed as requiring any such communication where the idea, plan, method, or development is lawfully protected from disclosure prohibition against such communication.

**Solicitation, Non-Competition, and Confidentiality**

  A. In consideration of the engagement by the Company of you as an employee hereunder, of the "*Confidential Information*" (as later defined) furnished to you by the Company so that you may perform your duties as an employee, and of the investment by the Company of considerable time, effort and money in building relationships with customers, referral sources and suppliers, you agree that if (1) you terminate your agreement with the Company or (2) the Company terminated you as a result of your gross failure to fulfill for job duties, then within 1 year after your separation from service with the Company, unless such termination is by mutual written amendment:

     a. You will refrain from (1) contacting, soliciting any of the current or former customers of the Company or (2) soliciting any of the employees of the Company, who at the time of the separation from service are employees of the Company, or who served in such capacity within the six-month period prior to your separation from service.

     b. You will refrain from employment on behalf of any company that is involved in the provision of services equivalent or similar to *Geotechnical Construction using Micropiles and Soil Anchors, Vibro Compaction, Vibro Replacement, Rigid Inclusions, Soil Mixing techniques, Auger Cast Piles, Drill Displacement Piles, Sheet Pile Installation and Drilled Shafts* within the State of Florida (Florida shall hereinafter be the "Territory").

     c. The provision of subsections A.a. & b. shall only be effective if (1) you terminate your agreement with the Company or (2) the Company terminates you as a result of your gross failure to fulfill for job duties.

        "*Gross Failure*" shall be defined as follows and apply to the preceding, current and following clauses, without limitation: Acting in a manner equivalent to gross negligence or recklessness; or acting with the intent to harm the business interest of the Company, acting in an illegal manner or performing illegal acts."

  B. It is understood and intended by you and the Company that each promise made in this Solicitation, Non-Competition, and Confidentiality Section shall be construed as an agreement independent of any other provision in this Agreement. The Company and you agree that if any arbitrator or court determines the time period, geographic area or prohibited activities in this Solicitation, Non-Competition, and Confidentiality Section to be unreasonable, arbitrary or against public policy, then a lesser time period, geographic area or prohibited activities which are determined to be reasonable, non-arbitrary and not against public policy may be enforced in their place.

  C. In recognition of the Company's significant investment of time, effort and money in developing and preserving Confidential Information, and as an inducement for the Company to enter into this Agreement, you agree to hold all Confidential Information in confidence as the sole property of the Company while you are employed and after your employment with the Company, whether such termination is with or without cause, by you or the Company, or voluntarily or involuntarily. You



INITIAL HERE RJP

Ricardo Picayo
July 13, 2020
Page 3

      will not use or disclose Confidential Information to any person or company without the written consent of the Company, except in the performance of your duties, or as specifically directed by the Company. *"Confidential Information"* shall mean publicly unavailable information concerning the business of the Company, including but not limited to, all inventions, secrets, mailing lists, customer and vendor lists and requirements, data regarding referral sources, operating procedures and results, marketing and business plans, marketing research, data relating to product reliability, specifications or performance, systems, techniques, price lists and pricing information, knowhow or financial and statistical data relating to the Company's business.

If this offer is acceptable to you, please sign and return the attachment by July 15, 2020. If you have any questions or concerns, please feel free to contact me or Jose Martinez. We look forward to your response.


Sincerely,
KELLER MANAGEMENT SERVICES LLC

*Shannon Price*

Shannon Price
HR Business Partner – Keller North America



INITIAL HERE RJP

Ricardo Picayo
July 13, 2020
Page 4

I have received the letter outlining the terms of my promotion to Operations Manager. I understand that my authorization to drive for the Company, receive an auto allowance or mileage reimbursement is contingent upon the review of my driving record and ensuring that it meets Company standards.

_____   _____7-13-20_____
Ricardo Picayo                                          Date



INITIAL HERE_____