**Hayward Baker, Inc.**
7550 Teague Road
Suite 300
Hanover, MD 21076
Tel: 410-874-0042
Fax: 410-799-4196

**HAYWARD BAKER**
Geotechnical Construction

November 17, 2015

William Wright
1622 Claytons Bend Court
Spring, TX 77386

Dear William:

We are pleased to announce your promotion to Project Engineer within Hayward Baker, Inc. Your credentials and experience make you an excellent candidate and we believe you will find the position challenging and rewarding.

You will continue to be assigned to our Southern Region, working out of the Houston, TX area office, reporting to Tyson Deklavs.

The conditions of our offer are as follows:

1. Your promotion to Project Engineer is effective as of November 16, 2015. Your responsibilities will be to provide engineering and field support for projects including Ground Improvement and Structural Systems using Vibro Replacement, Vibro Compaction, Stone Columns, Jet Grouting, Deep Soil Mixing, and Micropile techniques throughout the State of Texas and Louisiana.

1. Your salary will be increased to $69,500.00 per year. The salary offered with this position allows for any overtime hours worked and no additional compensation will be paid.

2. In addition to your compensation, you will continue to be eligible to receive the benefits which are offered to regular full-time, exempt employees of Hayward Baker, Inc.

3. As part of your compensation, you will continue to participate in our Field bonus program. Monetary bonus pools are calculated based on the sales and gross margin of a project as well as other variables as determined by the area manager. This calculation is flexible depending on performance, job difficulty, commercial circumstances, and group margins and paid three times per year.

4. You will continue to receive a company paid cell phone and a laptop. With your promotion, you will also receive a corporate credit card.

5. You will be provided with a vehicle allowance of $650/month paid on a weekly basis ($150.00). Any tax liability resulting from this benefit will be borne by you (taxed as ordinary income). Additionally, business miles for fuel will be reimbursed upon receipt of an expense report at a rate of $0.20/mile for the first 10,000 business miles/year and $0.35/mile for business miles over 10,000 per year. You will be responsible for proper documentation and any personal IRS liabilities regarding reporting of business miles.

**North America's Leader in Geotechnical Construction**
**www.HaywardBaker.com**
*Equal Opportunity Employer*
*Minorities/Females/Disabled/Veterans*



INITIAL HERE _____

William Wright
November 17, 2015
Page 2

6.  Hayward Baker is committed to providing a safe work environment for all of our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal commitment to safety and a commitment that safe work practices are Hayward Baker's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others, and keep safety training up to date as required by the company.

7.  Solicitation, Non-Competition and Confidentiality.

    a.  In consideration of the engagement by the Company of you as an employee hereunder, of the "*Confidential Information*" (as later defined) furnished to you by the Company so that you may perform your duties as an employee, and of the investment by the Company of considerable time, effort and money in building relationships with customers, referral sources and suppliers, you agree that from 1 year after your separation from service with the Company:

        i.  You will refrain from (1) contacting, soliciting any of the current or former customers of the Company or (2) soliciting any of the employees of the Company, who at the time of the separation from service of you are employees of the Company, or who served in such capacity at any time within the six-month period prior to your separation from service.

        ii.  You will refrain from employment on behalf of any company that is involved in the provision of services equivalent or similar to *Geotechnical Construction including Ground Improvement, Structural Systems using Vibro Replacement, Vibro Compaction, Stone Columns, Jet Grouting, Deep Soil Mixing, and Micropile techniques* within the State of Texas and any other states where the Company has performed service in any of the 3 years prior to your separation from service (Texas and any other state shall hereinafter be the "*Territory*").

        iii.  The provision of subsections 7.a.i. & ii. shall only be effective if (a) you terminate your agreement with the Company or (2) the Company terminates you as a result of your gross failure to fulfill for job duties.

        "*Gross Failure*" shall be defined as follows and apply to the preceding, current and following clauses, without limitation: Acting in a manner equivalent to gross negligence or recklessness; or acting with the intent to harm the business interest of the Company, acting in an illegal manner or performing illegal acts."

    b.  It is understood and intended by you and the Company that each promise made in this Section 7 shall be construed as an agreement independent of any other provision in this Agreement. The Company and you agree that if any arbitrator or court determines the time period, geographic area or prohibited activities in this Section 8 to be unreasonable, arbitrary or against public policy, then a lesser time period, geographic area or prohibited activities which are determined to be reasonable, non-arbitrary and not against public policy may be enforced in their place.

    c.  In recognition of the Company's significant investment of time, effort and money in developing and preserving Confidential Information, and as an inducement for the Company to enter into this Agreement, you agree to hold all Confidential Information in confidence as



INITIAL HERE _____

William Wright
November 17, 2015
Page 3

the sole property of the Company while you are employed and after your employment with the Company, whether such termination is with or without cause, by you or the Company, or voluntarily or involuntarily. You will not use or disclose Confidential Information to any person or company without the written consent of the Company, except in the performance of your duties, or as specifically directed by the Company. *"Confidential Information"* shall mean publicly unavailable information concerning the business of the Company, including but not limited to, all inventions, secrets, mailing lists, customer and vendor lists and requirements, data regarding referral sources, operating procedures and results, marketing and business plans, marketing research, data relating to product reliability, specifications or performance, systems, techniques, price lists and pricing information, knowhow or financial and statistical data relating to the Company's business.

8. Hayward Baker is an at-will employer and reserves the right to terminate you with or without any notice or reason, just as you retain the same right to terminate your employment with the Company.

If this offer is acceptable to you, please sign and return the attachment by November 20, 2015.

If you have any questions or concerns on the items listed above, please feel free to contact me or Tyson Deklavs. We look forward to your response.

Sincerely,
HAYWARD BAKER INC.

Laura L. Everhart
Human Resources Manager



INITIAL HERE _____

William Wright
November 17, 2015
Page 4

I have received the offer and accept the opportunity to become a Project Engineer for Hayward Baker Inc. I further understand that my authorization to drive for the company, receive an auto allowance or mileage reimbursement is contingent upon the review of my driving record and ensuring that it meets Company standards.

_____          _____
Employee Signature                                               Date

Return by November 20, 2015 to:

Brittany Orange
*Human Resources Assistant*
**Hayward Baker Inc.**
7550 Teague Road
Hanover, Maryland 21076
Phone:  410-874-0042 x10269
Fax:  410-799-4196
Email:  BLOrange@KellerFoundations.com



INITIAL HERE _____