

**haywardbaker.com**

October 14, 2019

William H. Wright
28114 Aspen Horizon Drive
Spring, TX 77388

Dear William:

We are pleased to approve your request to relocate from Houston, TX to Birmingham, AL with Hayward Baker, Inc. (the "***Company***"). This letter confirms the conditions of our relocation offer and the changes to your position as a Project Manager.

| Position: | Project Manager |
|---|---|
| Responsibilities: | Your responsibilities will be to provide engineering and field support for geotechnical construction projects within the Southeast Region using Structural Support, Ground Improvement and Earth Retention techniques. |
| Position Status: | Regular Full-Time, Exempt |
| Location: | Birmingham, AL area; Managed out of Atlanta, GA |
| Report To: | Redd Schoening, Senior Project Manager |
| Effective Date: | March 30, 2019 |
| Compensation: | $83,158.40 per year (Salaried); your next salary review will be in July 2020. |

**Relocation**

Upon your relocation to the Birmingham, AL area, the Company will reimburse your moving expenses as outlined below, up to a maximum of $20,000. An advance toward your incidental costs will be provided upon request. Items that can be billed directly to the Company can be arranged through Genna Schlein in Human Resources. Items should not be charged to your Company credit card.

      a. Normal closing costs will be reimbursed by the Company and include: Sales Commission, Credit Report, Survey, Mortgage Appraisal, Recording of Deed, Real Estate Transfer Tax, Closing or Settlement Fee, Notary Fee, Title Service Fee, and Attorney Fee.

      b. The following expenses will <u>not</u> be reimbursed by the Company:  Mortgage Interest, Points, Property Taxes, Escrow Items, Homeowner's or Hazard Insurance, Mortgage Insurance, Association Dues, and any seller contributions towards the buyers closing costs and/or down payment.

      c. You may select your own mover from a list of national companies.  Please have the movers contact us for direct billing information to avoid any tax consequences for the physical move.

      d. The Company will pay the following expenses directly to your moving company:
- Packing/unpacking;
- Shipping of household pets, including inoculation costs, if required;
- Shipment of up to two automobiles providing you own them, they are in running condition, they

**Hayward Baker, Inc.**
7550 Teague Road
Suite 400
Hanover, MD 21076

t:    866-597-5430
f:    410-799-4196

**THINK SAFE**

INITIAL HERE

Equal Opportunity Employer – Minorities/Females/Disabled/Veterans

William H. Wright
October 14, 2019
Page 2

> are currently licensed and the book value of the automobile exceeds the estimated transportation cost;
> - Reasonable storage fees up to 150 days;
> - Redelivery of stored goods;
> - Reasonable costs for disconnecting and connecting appliances;
> - One boat and one trailer provided they fit in moving van;
> - Bulky items which require special handling provided prior approval is given;
> - Insurance is limited to a maximum protection of 3 1/2 times the weight of the shipment. For example, if you have 10,000 pounds of goods to be shipped, the maximum value of insurance paid for would be $35,000.

e. If you have any **items of unusual value**, such as antiques or heirlooms, you should have an appraisal done, at your expense, showing the value of these items and you should discuss this situation with Human Resources. Based on this appraisal, we can arrange for additional insurance coverage if the value of these items brings your total insurance need above the maximum that will be paid by the Company.

f. The following are expenses in which <u>you</u> will pay if they are incurred:
   - Removal of wall-to-wall carpeting;
   - Housecleaning costs;
   - Television antenna removal or cable installation charges;
   - Transporting riding horses or other large animals considered to be pets;
   - Tips or other gratuities to movers;
   - Disassembly or assembly of swing sets, or other such items;
   - Shipping costs for boats that cannot fit in the van; and/or
   - Shipping costs of full-size trailer campers.

g. The Company will reimburse you for relocation costs incurred only during the first year (365 days) after your move.

h. We currently anticipate you to relocate on or before March 31, 2020. Should you leave the Company within the first year after the mutually agreed relocation date (March 31, 2021), you will repay any relocation expenses incurred by the Company.

**Safety**
The Company is committed to providing a safe work environment for all of our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal commitment to safety and a commitment that safe work practices are the Company's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others and keep safety training up to date as required by the Company.

**Solicitation, Non-Competition and Confidentiality**
In addition to the foregoing terms, you reaffirm and agree that your non-solicit, non-competition, and confidentiality obligations – as set forth more fully in paragraph 7 of the Company's offer letter to you dated November 13, 2015 and signed by you on November 20, 2015 ("Paragraph 7"), which is incorporated herein by reference – will continue to be in effect. The parties agree to modify the geographic scope of Paragraph 7 as follows: in Paragraph 7.a.ii, replace "within the State of Texas" and "Texas" with "within 50 miles of Birmingham, Alabama (the "Alabama Area") and the State of Georgia" and "Alabama Area and Georgia", respectively. Notwithstanding the foregoing, your non-competition obligation shall not apply if, and only if, you quit because the Company relocates you (or your position) to an area outside a 50 mile radius of Birmingham, Alabama.



INITIAL HERE

William H. Wright
October 14, 2019
Page 3

The Company is an at-will employer and reserves the right to terminate you with or without any notice or reason, just as you retain the same right to terminate your employment with the Company.

This offer will be effective once we receive the signed acceptance. This offer will expire on October 21, 2019.

If you have any questions or concerns, please feel free to contact me, Genna Schlein, or Mike Terry. We look forward to your response.

Sincerely,

HAYWARD BAKER INC.
KELLER FOUNDATIONS, LLC

Keith C. Segear
Human Resources Operations Manager



INITIAL HERE

William H. Wright
October 14, 2019
Page 4

I have received the offer and accept the changes to my position as a Project Manager and relocation within Hayward Baker Inc.

_____    10/20/19
Employee Signature                              Date

Return as soon as possible, but no later than October 21, 2019 to:

Genna Schlein
*Human Resources Generalist*
**Keller Foundations, LLC**
Phone:  410-874-0042 x10164
Email: GTSchlein@KellerFoundations.com



**HAYWARD BAKER**
A KELLER COMPANY

INITIAL HERE_____