

Keller-NA.com

March 1, 2021

Dear William:

We would like to thank you for all continued your hard work, and dedication as part of the Keller North America, Inc. (the "Company") team. Per your conversation with Redd Schoening, we pleased to offer you an increase to your compensation.

We would like you to remain employed under your same employment terms and conditions and this does not affect your Solicitation, Non-Competition and Confidentiality obligations under your letter dated November 13, 2015. *and amended on Oct 14, 2019 (signed 10/30/19). WW*

The conditions of our offer are as follows:

| Position: | Project Manager |
|---|---|
| Position Status: | Regular Full Time (RFT); Exempt |
| Location: | Birmingham, Alabama |
| Report To: | Redd Schoening, Project Executive |
| Effective Date: | March 1, 2021 |
| Compensation: | $92,000.00 per year (Salary) |

If this offer is acceptable to you, please sign and return the attachment by March 3, 2021.

If you have any questions or concerns, please feel free to contact Joe Persichetti or me. We look forward to your response.

Sincerely,
Keller North America, Inc.

*Shannon Price*

Shannon Price
HR Business Partner

**I have received the offer and accept.**

_____
William Wright

2/23/21
Date

Keller North America, Inc.
7550 Teague Road
Suite 300
Hanover, MD 21076

t: 866-597-5430
f: 410-799-4196

Equal Opportunity Employer

**THINK SAFE**

INITIAL HERE _WW_