

September 9, 2024

Berkel and Company Contractors, Inc.
Legal Counsel
2649 S. 142nd Street
P.O. Box 335
Bonner Springs, KS 66012

RE:   William Wright

To whom it may concern,

We understand that our former employee, Mr. William Wright, recently became employed with your company.  As a result of this employment, Mr. Wright may be in violation of the terms of his employment agreement with Keller North America, Inc. (Keller).  Under this employment agreement, Mr. Wright agreed to refrain from employment on behalf of any company that is involved in the provision of services equivalent to or similar to Geotechnical Construction during the time period and in the geographical region set forth in his employment agreement.

We are hopeful that your company was unaware of Mr. Wright's violations and does not intend to further violate other terms.  We encourage you to discuss this agreement with Mr. Wright to ensure no future violations exist.  Please accept this letter as notice of the above-mentioned employment agreement and its terms.

Please also understand that, to the extent allowed under Georgia and Alabama law, Keller will swiftly and fully enforce its rights to recover any damages incurred as a result of your breach of the noncompete and non-solicitation provisions under Mr. Wright's employment agreement with Keller.  To avoid any damages to Keller, and any unnecessary litigation expense and cost to you and Keller, we strongly encourage you to discuss this matter with Mr. Wright and to refrain from breaching any provision contained within his employment agreement.

If you require further information, you may contact me at 667-274-3325 or via email at sophia.murray@keller-na.com.

Sincerely,


Sophia Murray
Corporate Counsel
KELLER NORTH AMERICA, INC.


CC: Mike Terry

**Keller North America, Inc.**
7550 Teague Road
Suite 300
Hanover, MD 21076

t:   410-874-0042
f:   410-799-4196

Equal Opportunity Employer