

keller-na.com

June 10, 2024

Dear Justin:

We would like to thank you for all your hard work, and dedication as part of the Keller North America, Inc. (the "Company") team. Per your conversation with Curtis Cook, we would like to offer you a deferred compensation plan as outlined below.

| Position: | Engineering Manager |
|---|---|
| Position Status: | Regular Full-Time, Exempt |
| Location: | Nashville, TN |
| Report To: | Dustin Walkenhorst |
| Effective Date: | June 10, 2024 |
| Compensation: | $150,675.20 per year (Salaried) – *No change* |

**Deferred Comp**

The company has agreed to a one-time bonus payment of $65,510.00 which will be paid to you on June 10, 2027. This bonus is considered taxable income which will be taxed at your regular income rates. If you terminate your employment prior to this date, June 10, 2027, or the Company terminates you for Cause, then you will forfeit any bonus money and potential distributions of the bonus balance.

For all purposes in this letter agreement, "Cause" shall mean any of the following conduct by you, which significantly and adversely affects the Company: willful misconduct; material fraud; material breach of fiduciary duty involving personal profit; deliberate and material refusal to perform assigned duties or responsibilities or to comply with reasonably-established Company policies (provided, however, that termination for such refusal or non-compliance shall not be considered termination for Cause unless you are given written notice of such refusal or non-compliance and do not cure such refusal or non-compliance within thirty days of receipt of said notice); conviction of a felony; material breach of any provision of this Agreement; inability to perform the essential functions of the position due to a dependence on any addictive substance, including but not limited to alcohol, amphetamines, barbiturates, hallucinogens, or narcotic drugs, provided, however, that any termination for such inability and dependence must be consistent with applicable law.

Any termination by the Employer that is not for "Cause" as defined above, shall be deemed a termination without Cause. In the event the Employer terminates you without Cause, the Employee shall receive a pro-rated portion of the bonus funds based on their separation date within the bonus timeframe (June 10, 2024 – June 10, 2027). This will be paid out as a one-time bonus, which is considered taxable income and will be taxed at your regular income rates.

Keller North America, Inc.
7550 Teague Road
Suite 300
Hanover, MD 21076

t: 410-874-0042
f: 410-799-4196



Equal Opportunity Employer – Minorities/Females/Disabled/Veterans

**Solicitation and Confidentiality**

A. In consideration of the engagement by the Company of you as an employee hereunder, of the "Confidential Information" (as later defined) furnished to you by the Company so that you may perform your duties as an employee, and of the investment by the Company of considerable time, effort and money in building relationships with customers, referral sources and suppliers, you agree that if (1) you terminate your agreement with the Company or (2) the Company terminated you as a result of your gross failure to fulfill for job duties, then within 1 year after your separation from service with the Company, unless such termination is by mutual written amendment:
   a. You will refrain from (1) contacting, soliciting any of the current or former customers of the Company, or (2) soliciting any of the employees of the Company who at the time of the separation from service are employees of the Company or who served in such capacity within the six-month period prior to your separation from service.

      i. "Gross Failure" shall be defined as follows and apply to the preceding, current, and following clauses, without limitation: Acting in a manner equivalent to gross negligence or recklessness; or acting with the intent to harm the business interest of the Company, acting in an illegal manner, or performing illegal acts."

B. It is understood and intended by you and the Company that each promise made in this Solicitation, and Confidentiality Section shall be construed as an agreement independent of any other provision in this Agreement. The Company and you agree that if any arbitrator or court determines the time period, geographic area, or prohibited activities in this Solicitation, and Confidentiality Section to be unreasonable, arbitrary, or against public policy, then a lesser time period, geographic area, or prohibited activities which are determined to be reasonable, non-arbitrary and not against public policy may be enforced in their place.

C. In recognition of the Company's significant investment of time, effort, and money in developing and preserving Confidential Information, and as an inducement for the Company to enter into this Agreement, you agree to hold all Confidential Information in confidence as the sole property of the Company while you are employed and after your employment with the Company, whether such termination is with or without cause, by you or the Company, or voluntarily or involuntarily. You will not use or disclose Confidential Information to any person or company without the written consent of the Company, except in the performance of your duties, or as specifically directed by the Company. "Confidential Information" shall mean publicly unavailable information concerning the business of the Company, including but not limited to, all inventions, secrets, mailing lists, customer and vendor lists, and requirements, data regarding referral sources, operating procedures and results, marketing and business plans, marketing research, data relating to product reliability, specifications or performance, systems, techniques, price lists, and pricing information, knowhow or financial and statistical data relating to the Company's business.



This Solicitation and Confidentiality section shall be governed by the laws of the State of Tennessee. The parties agree to the venue and jurisdiction of the Tennessee courts for any dispute arising out of this Solicitation and Confidentiality section.

If you have any questions or concerns, please feel free to contact me or Curtis Cook.

Sincerely,
Keller North America

*Shannon Price*

Shannon Price
HR Business Partner

---

**Offer Acceptance:**

I, Justin McLaughlin, have received the offer and accept the terms of the deferred compensation plan.

_____          __06/18/2024_____
Justin McLaughlin                                                    Date

