## CLERK'S COURTROOM CIVIL MINUTE SHEET

KELLER NORTH AMERICA, INC.,

    Plaintiff

 Vs.                           Case No. 24-2477-JAR

BERKEL & COMPANY CONTRACTORS, INC.,

    Defendant

| JUDGE: | Julie A. Robinson | DATE: 3/11/25 | |
|---|---|---|---|
| DEPUTY CLERK: | Sarah Spegal | REPORTER: Dani Murray | |

### PRELIMINARY INJUNCTION HEARING

PRELIMINARY INJUNCTION HEARING held on 3/11/2025. The parties present witness testimony and evidence. The parties rest and present closing arguments. The Court will take the motion for preliminary injunction (Doc. 5) under advisement and issue an Order.