IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KELLER NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BERKEL & COMPANY CONTRACTORS, INC., <br><br> Defendant. | Case No. 2:24-cv-02477-JAR-BGS |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Keller North America, Inc. and Defendant Berkel & Company Contractors, Inc., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby jointly stipulate and agree to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/     Laura Bailey Brown <br> James C. Sullivan, D. Kan. #70456 <br> Laura Bailey Brown, D. Kan. #78908 <br> **FISHER & PHILLIPS LLP** <br> 4622 Pennsylvania Avenue, Suite 910 <br> Kansas City, Missouri 64112 <br> TEL: (816) 842-8770 <br> FAX: (816) 842-8767 <br> Email:  jsullivan@fisherphillips.com <br> Email:  lkbrown@fisherphillips.com <br><br> ATTORNEYS FOR PLAINTIFF | /s/  Emma R. Schuering (w/consent) <br> Eric E. Packel, KS #23070 <br> Emma R. Schuering, D. Kan. #78604 <br> Elizabeth E. Berg, D. Kan. #79145 <br> **POLSINELLI PC** <br> 900 W. 48th Place, Suite 900 <br> Kansas City, MO 64112 <br> Telephone: (816) 753-1000 <br> Facsimile: (816) 753-1536 <br> epackel@polsinelli.com <br> eschuering@polsinell.com <br> eberg@polsinelli.com <br><br> ATTORNEYS FOR DEFENDANT |